UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

KEVIN DEVON BRIGGS,

    Plaintiff,

v.

UNKNOWN WESTCOMB et al.,

    Defendants.

_____/

Case No. 2:19-cv-105

Honorable Gordon J. Quist

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's § 1983 claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's claims arising under state law are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated: July 8, 2019                                                                        /s/ Gordon J. Quist
                                                                                       GORDON J. QUIST
                                                                     UNITED STATES DISTRICT JUDGE