FILED - MQ
July 29, 2019 10:28 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: /10/

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Kevin Devon Briggs,

    Plaintiff,

v.

Unknown Westcomb, et al.

    Defendants.

Case No. 2:19-cv-105

Honorable Gordon J. Quist

## NOTICE OF APPEAL

Plaintiff in the above-named case gives notice that he appeals as to all defendants to the United States Court of Appeals for the Sixth Circuit from the district court's July 8, 2019 order and judgment.

Dated: 7/25/2019

Kevin Devon Briggs

Prisoner Name: Kevin D. Briggs Sr.
Prisoner Number: 447282
MICHIGAN REFORMATORY
1342 West Main St.
Ionia, MI 48846

GRAND RAPIDS
MI 495
25 JUL '19
PM 3 L



U.S. POSTAGE >> PITNEY BOWES

ZIP 48846 $ 000.50⁰
02 4W
0000355341 JUL. 25. 2019

U.S. District Court Clerk
202 W. Washington St.
P.O. Box 698
Marquette, MI. 49855

49855-069898