UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

KEVIN DEVON BRIGGS #447282,

      Plaintiff,                                    Case No. 2:19-CV-105

v.                                               HON. GORDON J. QUIST

UNKNOWN WESTCOMB, et al., et al.,

      Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This is a civil rights action brought by state prisoner, Kevin Devon Briggs, pursuant to 42 U.S.C. § 1983.  On February 7, 2022, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court deny Plaintiff's motion for summary judgment and grant Defendants' motions for summary judgment.  (ECF No. 72.)  The Court has reviewed the R & R.  No objections have been filed pursuant to 28 U.S.C. § 636(b).  Thus, the Court will adopt the R & R.

      **Accordingly, IT IS HEREBY ORDERED** that the February 7, 2022, Report and Recommendation (ECF No. 72) is **adopted** as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that Plaintiff's motion for summary judgment (ECF No. 45) is **DENIED** for the reasons set forth in the R & R.

      **IT IS FURTHER ORDERED** that Defendants' motions for summary judgment (ECF Nos. 62 and 64) are **GRANTED** for the reasons set forth in the R & R.  Therefore, Plaintiff's remaining claims are **dismissed with prejudice**.

This case is **concluded**.

A separate judgment will enter.

Dated: February 28, 2022                                             /s/ Gordon J. Quist
                                                                                                    GORDON J. QUIST
                                                                                             UNITED STATES DISTRICT JUDGE